```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA GHAVAMI SHAHIDI,

                Plaintiff,

-against-

SUE ROBINETTE et al.,

                Defendants.

22-cv-6075 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of: (1) the parties' joint letter and Proposed Case Management Plan [ECF Nos. 24, 24-1]; (2) the responses to the Court's November 16, 2022 Order To Show Cause why the parties should not be sanctioned [ECF Nos. 20, 25, 26]; and (3) requests to appear remotely from both Plaintiff's counsel, because of a health issue, and counsel to Defendant Robinette because counsel resides in Florida [ECF Nos. 28, 29].

    IT IS HEREBY ORDERED that the Initial Conference that was previously scheduled to take place on Monday, December 5, 2022 is ADJOURNED *sine die*. The Court will separately issue a Case Management Plan.

    IT IS FURTHER ORDERED that sanctions are not necessary or appropriate at this time. All counsel and parties are on notice that future failures to comply with the Court's orders and Rules may result in sanctions, including dismissal for failure to prosecute, preclusion of claims and defenses, and monetary sanctions.

    The Clerk of Court respectfully is requested to terminate the letter motions pending at docket entries 28 and 29.

**SO ORDERED.**

Date: December 2, 2022
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**