```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA GHAVAMI SHAHIDI,

                Plaintiff,

-against-

SUE ROBINETTE et al.,

                Defendants.

22-cv-6075 (MKV)

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL,
DENYING WITHOUT PREJUDICE
MOTION FOR SANCTIONS,
AND ADJOURNING CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

      The Court has carefully reviewed the application of Gerard Fox Law, P.C. and Ryan P. Dolan to withdraw as counsel for Defendants Todd Kulkin and Law Offices of Todd Kulkin P.C. [ECF Nos. 70, 71].  Based on counsel's representations to the Court that Defendants Todd Kulkin and Law Offices of Todd Kulkin P.C. "have avoided all calls and emails" from counsel since May 2023 and "have failed to make payment since the initial retainer paid on September 20, 2022," the motion to withdraw is GRANTED.

      Accordingly, IT IS HEREBY ORDERED that by **August 18, 2023** Gerard Fox Law, P.C. and Ryan P. Dolan shall serve this order on Defendants Todd Kulkin and Law Offices of Todd Kulkin P.C. and shall file proof of such service on ECF.  Counsel shall also provide the last known contact information for their former clients.

      IT IS FURTHER ORDERED that by **September 18, 2023** Defendants Todd Kulkin and Law Offices of Todd Kulkin P.C. shall file a letter confirming that they do not intend to default in this action and either (1) that they have retained new counsel, or (2) that they intend to represent themselves.  **Failure to comply may result in sanctions.**

IT IS FURTHER ORDERED that Plaintiff's motion for sanctions against Defendants Todd Kulkin and Law Offices of Todd Kulkin P.C. for failure to participate in discovery [ECF No. 81] is DENIED without prejudice to renewal after the September 18, 2023 deadline.

IT IS FURTHER ORDERED that the status conference that was previously scheduled to take place on August 22, 2023 is ADJOURNED to October 13, 2023 at 10:00 a.m.

**Plaintiff remains on notice that failure diligently to prosecute this action against all defendants may result in dismissal with prejudice.**

The Clerk of Court respectfully is requested to terminate the motions at docket entries 70 and 81.

**SO ORDERED.**

Date: **August 16, 2023**
New York, NY

**MARY KAY VYSKOCIL**
United States District Judge