September 18, 2023

Case Name: Shahidi v Robinette et al
Case Number: 1:22-cv-06075-MKV

To Whom it May Concern:

This letter is timely filed pursuant to the August 16, 2023 order of the court in this matter on behalf of Defendants Todd Kulkin and Law Offices of Todd Kulkin, P.C. (The "Defendant(s)").

Please allow this letter to serve as confirmation that neither of the Defendants intend to default in this action.

As for representation, the Defendants are in the process of securing new counsel and currently expect to be represented by new counsel at the status conference currently scheduled for October 13, 2023 at 10:00 am.

If the Defendants have not retained new counsel before then, Todd Kulkin will appear pro se in his personal capacity and as counsel for Law Offices of Todd Kulkin, P.C.

Thank you for providing the Defendants with the opportunity to find appropriate new counsel in this matter.

Sincerely,

/s/ Todd P. Kulkin

Todd P. Kulkin
Writing on behalf of himself and Law Offices of Todd Kulkin, P.C.