UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA GHAVAMI SHAHIDI,

                    Plaintiff,

        -v-                                                  CIVIL ACTION NO. 22 Civ. 6075 (MKV) (SLC)

SUE ROBINETTE, et al.,                                       **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, November 2, 2023 at 5:00 p.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code: 380-9799, at the scheduled time.  At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:        New York, New York
              October 13, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge