UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA GHAVAMI SHAHIDI,

                Plaintiff,

-v-

SUE ROBINETTE, et al.,

                Defendants.

CIVIL ACTION NO. 22 Civ. 6075 (MKV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, December 18, 2023 (the "Conference"), the Court orders as follows:

1. Plaintiff's request for an adjournment of the Conference (ECF No. 113) is DENIED AS MOOT.

2. A telephone conference to discuss settlement is scheduled for **Monday, January 8, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 113.

Dated:    New York, New York
            December 18, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge