UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2024
```

LEILA GHAVAMI SHAHIDI,

               Plaintiff,

-against-

SUE ROBINETTE, et al.,

               Defendants.

1:22-cv-6075 (MKV)

**ORDER ADJOURNING TRIAL**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the trial in this case is ADJOURNED to May 6, 2024.

The Final Pretrial Conference is ADJOURNED to April 30, 2024 at 12:00 p.m.

**SO ORDERED.**

**Date:  March 18, 2024**
**New York, NY**

                                             */s/ Mary Kay Vyskocil*
                                             **MARY KAY VYSKOCIL**
                                             **United States District Judge**