UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024
```

LEILA GHAVAMI SHAHIDI,

    Plaintiff,

-against-

SUE ROBINETTE, et al.,

    Defendants.

1:22-cv-6075 (MKV)

**ORDER SCHEDULING HEARING ON MOTION FOR DEFAULT JUDGMENT AS TO**

MARY KAY VYSKOCIL, United States District Judge:

  IT IS HEREBY ORDERED that on April 29, 2024 at 2:00 p.m., at the same time as the Final Pretrial Conference, the Court will hold a hearing on Plaintiff's motion for a default judgment against Mr. Karnik.  IT IS FURTHER ORDERED that Mr. Karnik must file an opposition to the motion for a default judgment by April 12, 2024.  **Mr. Karnik is on notice that he must file an opposition by April 12, 2024 and appear at the hearing on April 29, 2024, or the Court may issue a default judgment against him.**

  IT IS FURTHER ORDERED that Plaintiff must serve this Order on Mr. Karnik and file proof of such service on ECF by noon on April 9, 2024.

  **ALL PARTIES REMAIN ON NOTICE THAT FAILURE TO COMPLY WITH COURT ORDERS, THE COURT'S INDIVIDUAL RULES, AND THE FEDERAL RULES OF CIVIL PROCEDURE MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL FOR FAILURE TO PROSECUTE AND DEFAULT JUDGMENT.**

SO ORDERED.

*Mary Kay Vyskocil*

**Date: April 4, 2024**          **MARY KAY VYSKOCIL**
    New York, NY        **United States District Judge**