UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEILA GHAVAMI SHAHIDI,

                              Plaintiff,        **STIPULATION OF DISMISSAL**
                                                                Case No.: 1:22-cv-6075-(MKV)

     -against-

SUE ROBINETTE, et al.,

                              Defendants.

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-titled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action, along with any counter or crossclaims be and the same hereby is dismissed with prejudice and without costs to any party to the litigation as against another pursuant to FRCP Rule 41(a)(1)(A)(ii). This stipulation is intended to represent a complete resolution of the matter as against all parties, appearing or not, including Defendant, Nitin Karnik, who has appeared in this matter through counsel only for the limited purposes of settling the matter. This stipulation may be filed without further notice, with the Clerk of the Court.

Dated: April 10, 2024                                            Dated: April 10, 2024

_/s/ Eden P. Quainton_                                                  _/s/ Matthew Farmer_

Eden P. Quainton, Esq.                                    Matthew Farmer, Esq.
Quainton Law, PLLC                                         Farmer & Fitzgerald
Attorneys for Plaintiff                                           Attorneys for Sue Robinette
2 Park Ave., 20th Floor                                      800 West De Leon Street
New York, NY 10016                                         Tampa, Florida 33606
Tel.: 212-419-0575                                              Tel.: 813-228-0095
Email: eden.quainton@quaintonlaw.net          Email: mattfarmer1@aol.com

Dated: April 10 2024

_____
Todd Paul Kulkin, Esq.
Attorneys for Todd Paul Kulkins, Esq. and
Law Offices of Todd Kulkin P.C.
315 East 65th Street
New York, NY 10065
Tel: 203-246-9398
Email: todd.kulkin@gmail.com

Dated: April 10, 2024

_____
John J. Hoke, Esq.
Smith Hoke, PLLC
Attorneys for Nitin Karnik
16 Wade Road
Latham, New York 12110
Tel.: 518-489-5600
Email: jhoke@smithhoke.com